1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERIE WHITE, | Case No. CIV. S 04-0092 WBS CMK |
| Plaintiff, | |
| v. | **REQUEST FOR DISMISSAL AND ORDER THEREON** |
| JASVEER KAUR and RANVIR SAINI dba KWIK SERV, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Plaintiff, Sherie White, and defendant, Jasveer Kaur and Ranvir Saini dba Kwik Serv, the parties hereby request that all parties be dismissed without prejudice from the above-entitled action.

Dated: July 14, 2005                    LAW OFFICES OF LYNN HUBBARD, III


*/s/ Scottlynn Hubbard*
SCOTTLYNN J HUBBARD, IV
Attorneys for Plaintiff


Dated: July 14, 2005


*Signature on File*
JASVEER KAUR and RANVIR SAINI dba KWIK SERV
Pro Se Litigant

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-0092 WBS CMK, is hereby dismissed without prejudice.

Dated: July 15, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE